IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.                                           **No. CIV-09-0127 LAM/CEG**

**RUDY L. GUEVARA,**

      **Defendant.**

## FINAL JUDGMENT

**THIS MATTER** is before the Court on Plaintiff's *Motion for Summary Judgment and Memorandum in Support (Doc. 6)*, filed on March 17, 2009. The order granting this motion in part was recently filed. *See Memorandum Opinion and Order Granting In Part Plaintiff's Motion for Summary Judgment* (*Doc. 12*). Plaintiff United States shall recover from Defendant Rudy L. Guevara the sums of $21,823.44 (in principal and interest as of November 24, 2008), $488.52 (interest at $2.76 per day from November 24, 2008 to May 20, 2009), and $350.00 (for Court docket fees), for a total of **$22,661.96**. In addition, Plaintiff United States shall recover from Defendant Rudy L. Guevara **interest at the rate of 0.52% on $15,197.60** (principal) from May 20, 2009 until the judgment is paid in full, computed daily and compounded annually, as set forth in 28 U.S.C. § 1961(b).

This Final Judgment is on the merits and resolves all remaining issues and adjudicates all rights and liabilities of the parties. This case is dismissed with prejudice.

**IT IS SO ORDERED.**

                                                  _/s/ Lourdes A. Martínez_
                                                  **LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**
                                                  **Presiding by Consent**